I

PETROLEUM PATENTS COMPANY v. Walter SQUIRES and Frederic Squires. (Circuit Court of Appeals, Sixth Circuit. April 7, 1924.) No. 3945. Appeal from the District Court of the United States for the Southern District of Ohio; Sater, Judge. Toulmin & Toulmin, of Dayton, Ohio, for appellant. Redding, Greeley, O'Shea & Campbell, of New York City, and Fraizer & Fraizer, of Zanesville, Ohio, for appellees.

PER CURIAM. Dismissed pursuant to agreement of parties.

---

2

Charlie PRIDDY v. UNITED STATES of America. (Circuit Court of Appeals, Sixth Circuit. May 16, 1924.) No. 4178. In Error to the District Court of the United States for the Western District of Tennessee; Ross, Judge. D. B. Sweeney, of Memphis, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Dismissed pursuant to order of court.

---

3

Arthur L. ROSS and General Stores Corporation, a Maryland Corporation, Petitioners, v. Thomas H. WILLCOX, Benjamin Margolius, and L. R. Shulman, Trustees in Bankruptcy of the Estate of the American Home Furnishers Corporation, a Corporation, Bankrupt, et al., Respondents. (Circuit Court of Appeals, Fourth Circuit. February 21 and July 30, 1924.) No. 2218. On Petition to Superintend and Revise in Matter of Law Proceedings of the District Court of the United States for the Eastern District of Virginia, at Norfolk.

PER CURIAM. Judgment of District Court reversed, with costs. 296 Fed. 605. Certified copy of order of Supreme Court granting petition of respondents for a writ of certiorari (265 U. S. 578, 44 Sup. Ct. 637, 68 L. Ed. ——) filed.

---

4

C. F. ROUTZAHN, Collector of Internal Revenue for the Eighteenth District of Ohio, v. TRUMBELL STEEL COMPANY. (Circuit Court of Appeals, Sixth Circuit. June 9, 1924.) No. 4112. In Error to the District Court of the United States for the Northern District of Ohio; Westenhaver, Judge. For opinion below, see 292 Fed. 1009. A. E. Bernsteen, U. S. Atty., of Cleveland, Ohio, for plaintiff in error. Harrington, De Ford, Huxley & Smith, of Youngstown, Ohio, for defendant in error.

PER CURIAM. Dismissed pursuant to motion of counsel.

---

5

Daniel W. RYAN v. PENNSYLVANIA RAILROAD COMPANY. (Circuit Court of Appeals, Sixth Circuit. April 1, 1924.) No. 3989. Error to the District Court of the United States for the Northern District of Ohio; Jones, Judge. Ruffalo & Drake, of Cleveland, Ohio, for plaintiff in error. Squire, Sanders & Dempsey, of Cleveland, Ohio, for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.